*Mazureau & Strawbridge* for the plaintiff, *Eustis & Slidell* for the defendants.

---

### CUCULLU vs. ORLEANS INSURANCE COMPANY.

APPEAL from the court of the first district.

PORTER, J. delivered the opinion of the court. This case is, in every respect, the same as that just adjudged between the state and the Louisiana Insurance Company.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed with costs.

*Strawbridge* for the plaintiff, *Eustis* for the defendants.